# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Ronald Edward Forbes, | ) | JUDGMENT IN CASE |
| | ) | |
| Debtor, | ) | 1:20-cv-00056-MR |
| _____ | ) | |
| | ) | |
| | ) | |
| Ronald Edward Forbes, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Provident Funding, et al., | ) | |
| | ) | |
| Appellees | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2020 Order.

May 12, 2020

*[signature]*

Frank G. Johns, Clerk
United States District Court